# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**BETTY S. SMITH**                                                                                 **PLAINTIFF**

**VS**                                       **CIVIL ACTION NO.: 5:22-cv-41-DCB-FKB**

**WAL-MART STORES, INC., et al.**                                       **DEFENDANTS**

---

### AGREED ORDER TO EXTEND MOTION E DEADLINES
_____

TO PROVIDE FOR the regular and orderly progression of the above styled and numbered cause, it is hereby ORDERED:

1. That the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgement and its Motion to Strike and/or Exclude Plaintiff's Experts in the above-styled cause is hereby extended by thirty (30) days from the date of this Order and all responsive Motions are due by __November 15th_____, 2023.

**THESE DEADLINES MAY BE EXTENDED ONLY BY PERMISSION OF THE COURT, UPON SHOWING OF GOOD CAUSE.**

**ORDERED** this the _16th___ day of _October_____, 2023.

                                                                  /s/ David Bramlette_____
                                                                  UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| C. COOPER MILES, ESQ., MSB #101945 | RAJITA I. MOSS, MSB#10518 |
| Schwartz & Associates, P.A. | THOMAS M. LOUIS, MSB #8484 |
| 162 E. Amite St., Jackson, MS 39201 | WELLS MARBLE & HURST, PLLC |
| PO Box 131, Jackson, MS 39205 | rmoss@wellsmarble.com |
| cmiles@1call.org | tlouis@wellsmarble.com |
| *Attorney for the Plaintiff* | *Attorney for Defendants* |