IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BETTY S. SMITH                                                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 5:22-cv-00041-DCB-FKB

WAL-MART STORES, INC.,
WAL-MART STORES EAST, LP;
JOHN DOE ENTITIES (1-5);
JOHN DOE PERSONS (1-5)                                       DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Betty S. Smith, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 28th day of February, 2024.

s/David Bramlette
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY**:

*/s/ Rajita Iyer Moss*                           */s/ C. Cooper Miles*
Thomas M. Louis (MSB #8484)          C. Cooper Miles (MSB #101945)
Rajita Iyer Moss (MSB #10518)          Schwartz & Associates, P.A.
Wells Marble & Hurst, PLLC             Post Office Box 3949
P. O. Box 131                                          Jackson, MS 39207
Jackson, MS 39205-0131                 *Attorney for Plaintiff*
***Attorney for Defendants***